RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Miguel Angel Aranda

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MIGUEL ANGEL ARANDA,<br><br>   Defendant. | Case No. 2:18-cr-00054-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Miguel Angel Aranda, that the Revocation Hearing currently scheduled on August 2, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Aranda's probation officer is unavailable on the currently scheduled revocation hearing date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1. This is the first request for a continuance of the revocation hearing.
2. DATED this 28th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ *Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>MIGUEL ANGEL ARANDA,<br><br>     Defendant. | Case No. 2:18-cr-00054-JCM-VCF-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 2, 2023 at 11:00 a.m., be vacated and continued to **September 6, 2023, at 10:00 a.m.**; or to a time and date convenient to the court.

   DATED August 1, 2023.

_____
UNITED STATES DISTRICT JUDGE

3