RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Miguel Angel Arantia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MIGUEL ANGEL ARANTIA,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00054-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Miguel Angel Arantia, that the Revocation Hearing currently scheduled on September 6, 2023 at 10:00 am, be vacated and continued to September 15, 2023 at 10:30 am.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel has a conflict on the currently scheduled hearing date and time (a change of plea and sentencing hearing in another matter).

　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 31st day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Allison Reese<br>ALLISON REESE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL ARANTIA,<br><br>Defendant. | Case No. 2:18-cr-00054-JCM-VCF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 6, 2023, at 10:00 a.m., be vacated and continued to **September 15, 2023, at 10:30 am**, or to a time and date convenient to the court.

DATED September 5, 2023.

_____
UNITED STATES DISTRICT JUDGE